OPINION — AG — QUESTION(1): "DOES THE AUTHORITY TO PAY 90 PERCENT OF THE SALARY OF THE PRINCIPAL OFFICER TO MORE THAN ONE EMPLOYEE ARISE BY VIRTUE OF THE EMPLOYMENT HELP ON A PART TIME CONTRACT OR WAGE BASIS?" — AFFIRMATIVE, QUESTION(2): "CAN A PRINCIPAL OFFICER PAY EACH OF HIS OFFICERS A SALARY BASED UPON 90 PERCENT OF THE PRINCIPLE OFFICERS' SALARY WHERE HE EMPLOYS ONLY TWO PERSONS ON A FULL TIME BASIS?" — NEGATIVE CITE: OPINION NO. 64-171 19 O.S. 1961 180.65 [19-180.65](D) (W. J. MONROE)